AO 240 (1/94)

# United States District Court

_____ DISTRICT OF _____

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

Defendant

#191567

CASE NUMBER: 03-30283 - KPN

I, Juan Carlos Gomez Pro SE declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☒ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration Osborn Correctional Institution
   335 Bilton Road, P.O. Box 100 Somers, Conn 06071
   Are you employed at the institution? No   Do you receive any payment from the institution? No

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   1999 $280 a week Salvation Army
   IN Bridgeport, Conn.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

    If "Yes" state the total amount. Inmate Account ~~[illegible]~~

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

    If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    Joanne Liscio, Jodi Liscio, Joshua Liscio, and Jacob Liscio.

I declare under penalty of perjury that the above information is true and correct. , To the best of my knowledge.

_____   _____
DATE                         SIGNATURE OF APPLICANT

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 47.02 on account to his/her credit at (name of institution) CT Dept. of Correction. I further certify that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's average balance was $ 31.14 .

11-6-03                       Lauren M. Margiany, FAO
DATE                          SIGNATURE OF AUTHORIZED OFFICER
                              Inmate Trust Fund

```
11/06/2003  14:23        DEPARTMENT OF CORRECTIONS              Page    1 of  1
IM114                CONNECTICUT DEPARTMENT OF CORRECTION              OTRTASTA
                     T R U S T   A C C O U N T   S T A T E M E N T    4.10.0.0.9 TR

DOC:  0000191567    Name: GOMEZ, JUAN                         DOB: 01/19/1967
LOCATION: 115-U
                                                Max Date:

ACCOUNT BALANCES  Total :     47.02   CURRENT:     47.02  HOLD:        0.00

                            06/06/2003    11/06/2003
SUB ACCOUNT               START BALANCE  END BALANCE
SPENDABLE BALANCE              0.00         47.02

                        DEBTS AND OBLIGATIONS
  TYPE    PAYABLE                 INFO NUMBER       AMOUNT OWING   AMOUNT PAID


            TRANSACTION DESCRIPTIONS --           SPENDABLE BALANCE SUB-ACCOUNT
  DATE        TYPE    TRANSACTION DESCRIPTION    TRANSACTION AMT       BALANCE
  09/02/2003   OP     Re-Open Closed Account                0.00          0.00
  09/02/2003   DAR    Admit Receipts   121   24219         22.41         22.41
  09/02/2003   HOA    HOLD - FRANKLIN CNTY HOUSE     (    22.41)          0.00
  09/11/2003   DMR    Mail Receipts 121                    25.00         25.00
  09/11/2003   DMR    Mail Receipts  121                   20.00         45.00
  09/16/2003   HOR    Remove Hold                          22.41         67.41
  09/18/2003   CRS    CRS SAL ORD #1982695 D2        (    20.55)         46.86
  09/24/2003   CRS    CRS SAL ORD #1988593 D1        (    19.47)         27.39
  09/26/2003   CEC    CEC SAL ORD #1982695                 20.55         47.94
  09/30/2003   CRS    CRS SAL ORD #1999809 D1        (    22.20)         25.74
  10/02/2003   DSP    Inmate State Pay   121  092503        5.25         30.99
  10/06/2003   CRS    CRS SAL ORD #2014290 D1        (    19.24)         11.75
  10/09/2003   WPHO   Photos SP  115                 (     3.00)          8.75
  10/15/2003   CRS    CRS SAL ORD #2029074 D1        (     6.11)          2.64
  10/20/2003   CRS    CRS SAL ORD #2040563 D1        (     2.42)          0.22
  10/20/2003   DMR    Mail Receipts  115                   50.00         50.22
  10/27/2003   DSP    Inmate State Pay  115  101603         6.75         56.97
  10/28/2003   CRS    CRS SAL ORD #2053766 D1        (    49.34)          7.63
  10/30/2003   WPHO   Photos SP  115                 (     6.00)          1.63
  11/03/2003   DMR    Mail Receipts  115                   50.00         51.63
  11/04/2003   CRS    CRS SAL ORD #2065707 D1        (     6.11)         45.52
  11/05/2003   DSP    Inmate State Pay  115  103003         1.50         47.02
```

*please Acknowledge receipt of this paper Work! And "NEW ADDRESS"*