# United States District Court
## District of Massachusetts

| | |
|---|---|
| JUAN CARLOS GOMEZ, ) | |
|     Plaintiff ) | ORDER ON APPLICATION |
| ) | TO PROCEED WITHOUT |
| v. ) | PREPAYMENT OF FEES |
| ) | |
| IMMIGRATION AND ) | |
| NATURALIZATION SERVICE, ) | |
|     Defendant ) | Civil Action No. 03-30283-KPN |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒    GRANTED.

    ☒    The clerk is directed to file the complaint.

    ☒    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

ENTERED on __November 24, 2003__.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. District Judge