03-30283-KPN

Juan Carlos Gomez
#191569 - Petitioner
Hartford Correction Center
177 Weston, Street
Hartford, Conn. 06120

United States District Court
District of Massachussets
Federal Building
1550 Maint Street
Springfield, MA. 01103-1422

Juan Carlos Gomez

VS.

U.S. Immigration and Naturalization Service

RE: Change of Address

This letter is to inform you that INS transfer me to "Connecticut"... on 8/28/03.

When I ask INS officials, why I'm being transfer?

page 1 of 3

They said Because I was becoming a problem in Mass, when I file a emergency order for preliminary injunction dated back 8/22/2003

I respectfully ask this Court for a Hearing Date on this Delicate Matter, and to order INS to bring Petitioner back to Massachusetts.

Respectfully Submitted
By the Defendant,

[signature] 9/2/2003

Juan Carlos Gomez, Pro SE
# 191567 - HCC
177 Weston Street
Hartford, Conn. 06120

## CERTIFICATION

I Hereby Certify that a Copy of the Foregoing was Mailed, Postage Prepaid First Class to the
U.S. Immigration and Naturalization Service, Kennedy Federal Building, Government Center, Boston, MA 02203.

*[signature]* 9/2/2003

Juan Carlos Gomez, Pro Se