Juan Carlos Gomez
vs.
U.S. Immigration and
Naturalization Service

December 9, 2003

FILED
CLERK'S OFFICE
03 DEC 11 A 10:49
U.S. DISTRICT COURT
DISTRICT OF MASS

Civil Action No. 03-30283-KPN

RE: UNITED STATES MARSHALS SERVICE FORM (USM-285)

The reason for this letter is to ask the court for more time, to ratain the services of an attorney in order to fill out the USM-285 form properly so it can be services by the United States Marshals to the defendant U.S. INS.

Also, please make note that on 12-4-2003 I send back the USM-285 forms back to your office, "wich I was not able to fill out properly", and need a new set of form, for my attorney.

Thank you so much for your time and help, and consideration for the seriousness of this case.

Sincerely yours,
Juan C. Gomez
Petitioner