U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | Juan Carlos Gomez vs. |
| DEFENDANT | US Immigration and Naturalization Service |
| COURT CASE NUMBER | 03-30283-KPN |
| TYPE OF PROCESS | S/C |
| SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN | Karen L. Goodwin, Assistant U.S. Attorney |
| ADDRESS | U.S. Attorney's Office, 1550 Main Street Rm. 310, Springfield, MA 01103 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Juan Carlos Gomez
#191567
Osborn Correctional Institution
P.O. Box 100 Somers CT 06071

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
Mary Finn, Clerk      ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 
DATE: 12/9/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| I acknowledge receipt... | 1 | No. 38 | No. 38 | David W. Kelly | 12/9/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 12/9/03   Time: 11:00 am

Signature of U.S. Marshal or Deputy: David W. Kelly

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | — | | $45.00 | | |

REMARKS: