U.S. G.P.O.: 2001 481-649/51050

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Juan Carlos Gomez vs. | CA 03-30283-KPN |
| DEFENDANT | TYPE OF PROCESS |
| U.S. Immigration and Naturalization Service | S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Frank Crowley, Special Asst. U.S. Attorney, P.O. Box 8728 JFK

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Federal Building, Government Center, Boston MA 02114

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Juan Carlos Gomez
#191667
Osborn Correctional Institution
P.O. Box 100 Somers CT 06071

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
Mary Finn, Clerk  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER    DATE 12/9/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk  David W. Spelley | Date 12/16/03 / 12/9/03 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Edward Karaba, Administrator of Support Services

Address (complete only if different than shown above)
(Same as Above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 12-29-03   Time: 12:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | | |
|---|---|---|---|
| PLAINTIFF<br>Juan Carlos Gomez, Pro Se | COURT CASE NUMBER<br>3:03-CV-30233-MA | | |
| DEFENDANT<br>US Immigration and Naturalization Ser. | TYPE OF PROCESS<br>Civil Action | | |
| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>US Immigration and Naturalization Service | | |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>Kennedy Federal Building, Government Center, Boston, Mass. 02203 | | |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Office of the Clerk<br>U.S. Courthouse<br>1550 Main Street<br>Springfield Mass 01103 | Number of process to be served with this Form - 285 | |
|---|---|---|
| | Number of parties to be served in this case | One |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:   Pro Se.   ☑ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>David W. Spelly | Date<br>12/16/03 12/9/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Edward Karaba, Administrator of Support Services

Address (complete only if different than shown above)
(Same as Above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 12-29-03   Time: 12:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: