AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JUAN CARLOS GOMEZ

    Plaintiff

v.                                           Case Number: 03cv30283-KPN

U.S. IMMIGRATION AND
NATURALIZATION SERVICE,
    Defendant

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The U.S. Immigration and Naturalization Service

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date: 2/6/04 | Signature: *(signed)* Karen L. Goodwin |
| | Print Name: Karen L. Goodwin   Bar Number: 549398 |
| | Address: 1550 Main Street |
| | City/State/Zip: Springfield, MA 01103 |
| | Phone Number: 413-785-0235 |