WITHDRAWAL

COURT CASE NUMBER: 03 30283 KNP

FILED
CLERK'S OFFICE

'04 FEB -9 A 10:38

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| JUAN CARLOS GOMEZ | : | US. DISTRIC COURT |
| V. | : | DISTRIC OF MASS |
| US. IMMIGRATION AND NATURALIZATION SERVICE | : | FEDERAL BUILDING |
| | : | DATE: 2 - 4 - 2004 |

========================================================================

### MOTION FOR VOLUNTARY WITHDRAWAL

PLAINTIFF GOMEZ, RESPECTFULLY SUMMIT TO THIS COURT "MOTION FOR VOLUNTARY
WITHDRAWAL" OF THE CIVIL ACTION NO. 03-30283. WITH OUT PREJUDICE TO THE
PLAINTIFF.

RESPECTFULLY SUBMITTED
BY THE PLAINTIFF

JUAN CARLOS GOMEZ, PRO SE
INMATE # 191567
P.O.BOX: 100
SOMERS, CONN 06071

CERTIFICATE OF SERVICE

I JUAN CARLOS GOMEZ, <u>PRO SE</u> HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS
MAIL, POSTAGE PREPAID FIRST CLASS TO THE FOLLOWING ON THIS DATE

DATE: 2 - 4 - 2004

US. IMMIGRATION AND NATURALIZATION
SERVICE, KENNEDY FEDERAL BUILDING
GOVERMENT CENTER
BOSTON, MASS 02203

US. DEPARTMENT OF JUSTICE
US. MARSHALS SERVICE
1550 MAIN STREET
FEDERAL BUILDING, ROOM 418
SPRINGFIELD, MASS 01101

JUAN CARLOS GOMEZ, PRO SE
INMATE # 191567
P.O.BOX: 100
SOMERS, CONN 06071

"ATTENTION"

ONCE MOTION FOR VOLUNTARY WITHDRAWAL IS GRANTED BY THE COURT

PLEASE SEND ONE COPY OF THE NOTICE TO:


INS OFFICE OF THE DISTRICT COUNSEL
450 MAIN STREET
HARTFORD, CONN 06103


AND THE OTHER TO THE PLAINTIFF

JUAN CARLOS GOMEZ
INMATE # 191567
P.O.BOX: 100
SOMERS, CONN 06071


THANK YOU SO MOCH FOR YOUR HELP!

SINCERELY YOUR'S,

JUAN CARLOS GOMEZ, PRO SE